UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DAVID FEUSI,<br><br>                Plaintiff,<br><br>    v.<br><br>CENTURION OF IDAHO, LLC; DR. KATE WILKS; CHAD PAGE; JOSH TEWALT; RANDY VALLEY; and MARY STONER,<br><br>                Defendants. | Case No. 1:24-cv-00172-BLW<br><br>**SUCCESSIVE REVIEW ORDER** |

      Plaintiff David Feusi is a prisoner proceeding pro se in this civil rights action. The Court previously reviewed Plaintiff's complaint pursuant to 28 U.S.C. § 1915A and allowed Plaintiff to proceed on his Eighth Amendment and state-law licensure claims against Defendants Centurion, Wilks, Page, Tewalt, Valley, and Stoner. *See* Dkt. 3. Plaintiff was not permitted to proceed on his claims against Ashley Dowell. *Id.* at 13–16.

      Plaintiff has now filed an Amended Complaint, *see* Dkt. 7, to which Defendants have filed an Answer. The Court retains its screening responsibility under § 1915A. Having reviewed the Amended Complaint, the Court concludes that, for the reasons

stated in the Initial Review Order, Plaintiff may proceed on the Amended Complaint except for his claims against Ashley Dowell.

## ORDER

**IT IS ORDERED:**

1. Plaintiff may proceed his Eighth Amendment and state-law claims against Defendants Centurion, Wilks, Page, Tewalt, Valley, and Stoner.

2. Because Defendants have only recently appeared, the Court will extend the time for Defendants to respond to Plaintiff's Motion for Emergency Injunction (Dkt. 8) and Motion for Temporary Restraining Order and Preliminary Injunction (Dkt. 9). The response to these Motions must be filed no later than 21 days after entry of this Order.

3. Plaintiff's Motion for Extension of Time (Dkt. 14) is DENIED. There is currently no pending motion filed by Defendants to which Plaintiff is required to respond, and the Court has not permitted a reply to Defendants' Answer. *See* Fed. R. Civ. P. 7(a)(7).

4. Unless otherwise ordered, the parties must follow the deadlines and guidelines in the Standard Disclosure and Discovery Order for Pro Se Prisoner Civil Rights Cases, issued with this Order.

5. Any amended pleadings must be submitted, along with a motion to amend, within 150 days after entry of this Order.

6. Dispositive motions must be filed by the later of (a) 300 days after entry of this Order or (b) 300 days after entry of an order denying all or part of a preliminary Rule 12(b) or Rule 56 motion.

DATED: August 6, 2024

_____
B. Lynn Winmill
U.S. District Court Judge