David M. Feusi
Full Name/Prisoner Name
IDOC No. 121411
ISCC D-1 23A
P.O. Box 70010
Boise, Idaho 83707
Complete Mailing Address

In the United States District Court For the District of Idaho

David Feusi,

Plaintiff/Petitioner,

vs.

Centurion of Idaho, LLC, et al.

Defendant/Respondent.

Case No. 1:24-cv-00172-BLW

**AFFIDAVIT OF**

David Feusi - Plaintiff

___David Feusi___, after first being duly sworn upon his/her oath, deposes and says as follows: 1) Dr. Kate Wilks has and continues to intervene and interfere in my medical care, even though she is actively being sued by the Plaintiff. It should stand obvious to all parties involved, that this constitutes a direct conflict of interest, mainly Plaintiffs,

AFFIDAVIT OF David Feusi - pg. 1
Revised 3/24/16

Case 1:24-cv-00172-BLW

and could be viewed as retaliation, based upon her responses and interference. Integrity is out the window here.

2) As evidenced by the documents I have submitted, and the continued pain I suffer daily, it is very clear Dr. Wilks has and continues to participate in my care, on multiple occasions.

3) She (Dr. Wilks) has recently denied care I (Plaintiff) requested, that is reccommended by the CDC, their rheumatologists and immunologists, (specialists in their fields) for the ongoing care I require for the side effects I suffered from the J&J covid vaccine.

4) I purposefully write my concern forms to other providers who have seen me for my medical issues, to avoid a conflict of interest, and Dr. Kate Wilks interfere's and answers those concern forms for those providers.

5) Mid-level providers in the state of Idaho are more than capable of treating and making

Affidavit - David Feusi    -pg. 2

Case 1:24-cv-00172-BLW

decisions on my current issues, as PA Saunders has proven most recently.

6) Further proof of delayed treatment by Dr. Kate Wilks and her team would be my current medical issue of severe dental/trigeminal nerve pain I've had to endure for the past seven (7) weeks, without any additional pain relief; an (8) eight pound loss of weight, due to inability to chew food for first two-and-a-half weeks of this ordeal; It took (3) three weeks just to get a modified consistency diet order from P.A. Saunders so that I could get nutrition, and needed vitamins and minerals replaced. When I was finally called to medical, it was for a medical provider, not dental, on 10-30-24. I sat in waiting area for one hour before I finally asked why I hadn't been seen yet. Shortly thereafter, I was told by a correctional officer that the appt. had been bothed, I should have been seeing dental; they told me to return to my cell, and my dental appt. would

Affidavit- David Feusi    -pg. 3

Case-1:24-cv-00172-BLW

be rescheduled, yet again. I just received notice that I have a dental appt 11-20-24, (8) eight weeks after my initial complaints of severe dental pain.

Dr. Kate Wilks has since, ordered a 10 day course of Amoxicillin. Other than the severe swelling on one side of my mouth, their are absolutely no signs or symptoms of infection. She made her decision based on pictures taken by the sick-call nurse. I was never seen by a provider for this issue. This type of care and treatment is not commonly practiced anymore, due to the high risk of creating new antibiotic resistant organisms.

7) As of the date of this affidavit, the oral pain has subsided significantly, but the swelling remains unchanged, further proving antibiotics was not a good choice, given the fact I'm more than halfway through the ten-day course of treatment. More likely than not, the trigeminal nerve irritation will heal itself, prior to being seen by dental on

Affidavit - David Feusi  -pg. 4

Revised 3/24/16

11-20-24. All of this still constitutes delayed care, which should be viewed the same as no care, given the details and evidence presented. Standards of care are not being followed in this institution.

8) Last, but certainly not least; I continue to be denied the testosterone replacement therapy I was on for 15yrs, that Dr. Wilks discontinued. Men can receive estrogen therapy to grow breasts but I can't receive the medication ordered by the military that had many positive outcomes for me, without the known side effects.

Further your affiant sayeth naught.

DATED This __14__ day of __November__, 20__24__.

_David Feusi_
Signature

**CERTIFICATION UNDER PENALTY OF PERJURY**

I certify under penalty of perjury pursuant to the law of the State of Idaho that the foregoing is true and correct.

Date: __11/14/2024__

_David Feusi_
Typed/Printed

_David Feusi_
Signature

AFFIDAVIT OF __David Feusi__ - pg. __5__
Revised 3/24/16

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on the __14__ day of __November__ 20__24__, I mailed a true and correct copy of the AFFIDAVIT __David Feusi__ via prison mail system for processing to the U.S. mail system to: __Counsel for defendants__

__Brassey Crawford, PLLC__
__345 Bobwhite Ct. Suite 215__
__Boise, Idaho 83706__

_David Feusi_
Signature

AFFIDAVIT OF __David Feusi__ - pg. __6__
Revised 3/24/16